1  Arkady Itkin, Esq.
   E-mail: arkady@arkadylaw.com
2  LAW OFFICES OF ARKADY ITKIN
   335 Powell Street, 14th Floor
3  San Francisco, CA  94102
   Telephone:  (415) 640-6765
4  Facsimile:  (415) 508-3474
   Attorneys for Plaintiff
5  ANNE ROTHMAN

6  SEYFARTH SHAW LLP
   Kristina M. Launey (State Bar No. 221335)
7  E-mail: klauney@seyfarth.com
   Sophia Kwan (State Bar No. 257666)
8  E-mail: skwan@seyfarth.com
   400 Capitol Mall, Suite 2350
9  Sacramento, California  95814-4428
   Telephone: (916) 448-0159
10 Facsimile: (916) 558-4839

11 SEYFARTH SHAW LLP
   Dana L. Peterson (State Bar No. 178499)
12 E-mail: dpeterson@seyfarth.com
   560 Mission Street, 31st Floor
13 San Francisco, California  94105
   Telephone:  (415) 397-2823
14 Facsimile:  (415) 397-8549

15 Attorneys for Defendant
   JOS. A. BANK CLOTHIERS, INC.
16

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                            OAKLAND DIVISION

20

| | |
|---|---|
| ANNE ROTHMAN, | ) Case No. 4:11-cv-00673 CW |
| | ) |
| Plaintiff, | ) **JOINT STIPULATION FOR DISMISSAL** |
| | ) **AND ORDER** |
| v. | ) |
| | ) Complaint Filed:  January 10, 2011 (Contra |
| JOS. A. BANK CLOTHIERS, INC., and | ) Costa County Superior Court, Case No. C11- |
| DOES 1 -50, inclusive, | ) 00056) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

13340497v.1
13853130v.1
                                    1
              JOINT STIPULATION FOR DISMISSAL AND [P~~ROPOSE~~D] ORDER

IT IS HEREBY STIPULATED by and between Plaintiff ANNE CHRISTINE ROTHMAN and Defendant JOS. A. BANK CLOTHIERS, INC, through their respective counsel of record, that the above-captioned matter (Plaintiff's entire Complaint and all causes of action contained therein) be dismissed WITH PREJUDICE pursuant to FRCP 41(a)(1). Each party will bear its own attorneys' fees and costs of suit.

DATED: November 15, 2011           SEYFARTH SHAW LLP


By     /s/ Sophia Kwan
    Kristina M. Launey
    Dana Peterson
    Sophia Kwan
Attorneys for Defendant
JOS. A. BANK CLOTHIERS, INC.

DATED: November 15, 2011           LAW OFFICES OF ARKADY ITKIN


By     /s/ Arkady Itkin
    Arkady Itkin
Attorneys for Plaintiff
ANNE ROTHMAN

## **ORDER**

It is hereby ORDERED that the above-captioned matter be, and hereby is, dismissed in its entirety with prejudice, with each party to bear its own fees and costs in connection with this action.

IT IS SO ORDERED.

DATED: 11/15/2011           _____
United States District Court Judge

13340497v.1
13853130v.1

2

JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER