Arkady Itkin, Esq.
E-mail: arkady@arkadylaw.com
LAW OFFICES OF ARKADY ITKIN
335 Powell Street, 14th Floor
San Francisco, CA  94102
Telephone:  (415) 640-6765
Facsimile:  (415) 508-3474
Attorneys for Plaintiff
ANNE ROTHMAN

SEYFARTH SHAW LLP
Kristina M. Launey (State Bar No. 221335)
E-mail: klauney@seyfarth.com
Sophia Kwan (State Bar No. 257666)
E-mail: skwan@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Dana L. Peterson (State Bar No. 178499)
E-mail: dpeterson@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

Attorneys for Defendant
JOS. A. BANK CLOTHIERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANNE ROTHMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>JOS. A. BANK CLOTHIERS, INC., and DOES 1 -50, inclusive,<br><br>        Defendants. | Case No. 4:11-cv-00673 CW<br><br>**JOINT STIPULATION FOR DISMISSAL AND ORDER**<br><br>Complaint Filed:  January 10, 2011 (Contra Costa County Superior Court, Case No. C11-00056) |

13340497v.1
13853130v.1

1

JOINT STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER

1   IT IS HEREBY STIPULATED by and between Plaintiff ANNE CHRISTINE ROTHMAN and Defendant JOS. A. BANK CLOTHIERS, INC, through their respective counsel of record, that the above-captioned matter (Plaintiff's entire Complaint and all causes of action contained therein) be dismissed WITH PREJUDICE pursuant to FRCP 41(a)(1).  Each party will bear its own attorneys' fees and costs of suit.

DATED: November 15, 2011

SEYFARTH SHAW LLP

By   /s/ Sophia Kwan
    Kristina M. Launey
    Dana Peterson
    Sophia Kwan
Attorneys for Defendant
JOS. A. BANK CLOTHIERS, INC.

DATED: November 15, 2011

LAW OFFICES OF ARKADY ITKIN

By   /s/ Arkady Itkin
    Arkady Itkin
Attorneys for Plaintiff
ANNE ROTHMAN

**ORDER**

It is hereby ORDERED that the above-captioned matter be, and hereby is, dismissed in its entirety with prejudice, with each party to bear its own fees and costs in connection with this action.

IT IS SO ORDERED.

DATED: 11/15/2011                                              _____
                                                               United States District Court Judge

13340497v.1
13853130v.1

2

JOINT STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER